# IN THE SUPREME COURT OF THE STATE OF NEVADA

DOTAN Y. MELECH, RECEIVER FOR CWNEVADA, LLC, A NEVADA LIMITED LIABILITY COMPANY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE MARK R. DENTON, DISTRICT JUDGE,
Respondents,
  and
NUVEDA, LLC; TRC-EVOLUTION NV, LLC; HIGHLAND PARTNERS NV LLC; MI-CW HOLDINGS NV FUND 2, LLC; MI-CW HOLDINGS LLC; GREEN PASTURES FUND, LLC SERIES 1 (CWNEVADA, LLC); JAKAL INVESTMENTS, LLC; JONATHAN S. FENN AS TRUSTEE OF THE JONATHAN S. FENN REVOCABLE TRUST; AND GROWTH OPPORTUNITIES, LLC,
Real Parties in Interest.

No. 83761

FILED

OCT 12 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING PETITION

This is an original petition for a writ of prohibition challenging district court orders in a receivership matter. Petitioner has filed a motion to voluntarily dismiss this writ petition, stating that he no longer seeks this court's extraordinary intervention. Real parties in interest Highland Partners NV LLC; MI-CW Holdings NV Fund 2, LLC; MI-CW Holdings LLC; and TRC-Evolution NV, LLC have filed joinders in the motion. Real party in interest NuVeda, LLC, who did not file an answer against issuance of the requested writ, objects to dismissal and opposes the motion.

 

22-32179

Having reviewed the motion, opposition, and objection, the motion for a voluntary dismissal is granted. This writ of prohibition is dismissed. This dismissal is without prejudice to this court's ability to consider the arguments and claims set forth by NuVeda in Docket No. 85254, if appropriate.

It is so ORDERED.[1]

_____, J.
Cadish

_____, J.
Pickering

_____, Sr. J.
Gibbons

cc:   Hon. Mark R. Denton, District Judge
Holley Driggs/Las Vegas
Dickinson Wright PLLC
Greenberg Traurig, LLP/Las Vegas
Jolley Urga Woodbury Holthus
Law Office of Mitchell Stipp
Argentum Law
Lewis Roca Rothgerber Christie LLP/Las Vegas
Eighth District Court Clerk

---

[1]The Honorable Mark Gibbons, Senior Justice, participated in this matter under a general order of assignment.